UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

                                  :     CR11-09 (AET)-1
vs.

                                        **ORDER**
MARK A. HILL
                                  :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 5th day of April, 2018

ORDERED that the Federal Public Defender for the District of New Jersey, Linda Foster, AFPD, is hereby appointed to represent said defendant in this case until further order of the Court.

_____
ANNE E. THOMPSON, USDJ

cc: Federal Public Defender